IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLINTON T. ELDRIDGE,**

      Petitioner,

    -vs-                                  No. 03-CV-502 DRH

**RANDY J. DAVIS, WARDEN,**
**USP-MARION,**

      Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. The Petitioner's First Amended Writ of Habeas Corpus is **DENIED** and this cause of action is **DISMISSED with prejudice**. --------------------------------------------------------------------------------

                                          **NORBERT G. JAWORSKI, CLERK**

July 13, 2005                              BY:  s/Patricia Brown
                                                             Deputy Clerk

APPROVED: /s/ David R Herndon        EOD: 7/13/2005
          **U.S. DISTRICT JUDGE**